## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:25-cr-0078** |
| ) | |
| **AKIL SMITH,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on February 25, 2026, ECF No. 37, recommending that the Defendant's plea of guilty to Count One of the Information, Possession of Ammunition by a Convicted Felon, in violation of 18 U.S.C § 922(g)(1), be accepted, and the defendant be adjudged guilty. Defendant Akil Smith filed a Notice of Non-Objection to Report and Recommendation–Unopposed, on March 2, 2026. (ECF No. 39.) Defendant communicated with Assistant U.S. Attorney Denise George who advised that the Government has no objection as well. *Id.* After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 37, is **ADOPTED;** it is further

**ORDERED** that Defendant Akil Smith's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Akil Smith is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

*United States v. Smith*
Case No. 3:25-cr-0078
Order
Page **2** of **2**

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than April 17, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than May 1, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than May 15, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later than May 29, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **June 12, 2026, at 11:00 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** March 17, 2026                    */s/ Robert A. Molloy*
                                        **ROBERT A. MOLLOY**
                                        **Chief Judge**